ROBERT E. BOONE III (CA Bar No. 132780)
JENNIFER A. JACKSON (CA Bar No. 192998)
JED P. WHITE (CA Bar No. 232339)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
e-mail: reboone@bryancave.com
jjackson@bryancave.com
jed.white@bryancave.com

Attorneys for Defendants
COUNTRYWIDE FINANCIAL CORPORATION,
COUNTRYWIDE HOME LOANS, INC., and
COUNTRYWIDE BANK, FSB

E-FILED 10/30/2009

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL KELMAR, | Case No. CV 09-2256-PSG (Ex) |
| Plaintiff, | Assigned to Hon. Philip S. Gutierrez |
| v. | [~~PROPOSED~~] JUDGMENT RE: DISMISSAL |
| COUNTRYWIDE FINANCIAL CORPORATION, a Delaware Corporation; COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE BANK; KURT CUTTRELL; MCADAMS MORTGAGE SERVICES; MICHAEL MCADAMS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; INDYMAC FEDERAL BANK; INDYMAC BANK; INDYMAC BANCORP; FEDERAL DEPOSIT INSURANCE CORPORATION; DEUTSCHE BANK NATIONAL TRUST COMPANY; AND DOES 1-100,, INCLUSIVE | |
| Defendants. | |

757411.1

[PROPOSED] JUDGMENT RE: DISMISSAL

1  Pursuant to the Court's October 20, 2009 Order dismissing Plaintiff's
2  complaint with prejudice, the Court hereby enters judgment as follows:
3  **IT IS ORDERED, ADJUDGED AND DECREED** that
4  Plaintiff shall recover nothing from Defendants and that all of Plaintiff's
5  purported causes of action are dismissed with prejudice.

8  DATED:    October 30, 2009    _____
9                                                              **United States District Court Judge**

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386